UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re STERLING FOSTER & CO., Inc.,          MDL Docket No. 1208
SECURITIES LITIGATION
-------------------------------------------------------------X
                                    **MEMORANDUM OF
DECISION AND ORDER
99 CV 2789 (ADS) (MLO)**

ROBERT LEVITT for himself and as custodian
for Richard Levitt and Monica Levitt,
ROBERT RICE, STEPHEN G. SIBEN,
STEPHEN STOBEHN, STANLEY
VELTKAMP, PHILIP C. VITANZA for himself
and Elizabeth Vitanza and Luke Vitanza, JOHN T.
WHITE, GUY V. WOOD, CARL ZANDER, JR.,
and TED M. and KATHRYN N. JONES,
as Trustees,

                    Plaintiffs,

         -against-

BEAR STEARNS & CO, INC., and BEAR
STEARNS SECURITIES CORP.,

                    Defendants.

-------------------------------------------------------------X

THOMAS ROGERS, et al.,          **97 CV 189 (ADS) (MLO)**

                  Plaintiffs,

         -against-

STERLING FOSTER & CO., INC., et al.,

                  Defendants.          **Consolidated With:**
-------------------------------------------------------------X
(caption continues on next page)

LEO W. SMITH, et al.,

                      Plaintiffs,

        -against-                        **97 CV 610 (ADS) (MLO)**

STERLING FOSTER & CO., INC., et al.,

                      Defendants.
------------------------------------------------------------X
WILLIAM V. WRIGHT, et al.,

                      Plaintiffs,

        -against-                        **97 CV 1689 (ADS) (MLO)**

STERLING FOSTER & CO., INC., et al.,

                      Defendants.
------------------------------------------------------------X
MICHAEL REYNOSA, et al.,
                      Plaintiffs,

        -against-                        **97 CV 3253 (ADS) (MLO)**

STERLING FOSTER & CO., INC., et al.,

                      Defendants.
------------------------------------------------------------X
ANDREW PETIT, et al.,

                      Plaintiffs,

        -against-                        **97 CV 3775 (ADS) (MLO)**

STERLING FOSTER & CO., INC., et al.,

                      Defendants.
------------------------------------------------------------X

**APPEARANCES:**

**MILBERG WEISS BERSHAD HYNES & LERACH, LLP**
Co-Lead Counsel for the Plaintiffs
One Pennsylvania Plaza, 49th Floor
New York, N.Y. 10199
    By:    Robert A. Wallner, Esq.
            Kim Levy, Esq., Of Counsel

**GOODKIND LABATON RUDOFF & SUCHAROW, LLP**
Co-Lead Counsel for the Plaintiffs
100 Park Avenue
New York, N.Y. 10017-5563
    By:    Lou Gottlieb, Esq.
            Ira A. Schochet, Esq.
            Jonathan M. Plasse, Esq.
            David Goldsmith, Esq.
            James M. Strauss, Esq., Of Counsel

**RATHMAN, FRANCIS & HOLLAND, LLC**
Co-Lead Counsel for Claims Against Advanced Voice Technologies, Inc., Com/Tech Communications Technologies, Inc. & Embryo Development Corporation
1031 Lami
St. Louis, MO 63104
    By:    Steven J. Stolze, Esq., Of Counsel

**KIRBY McINERNEY & SQUIRE, LLP**
Co-Lead Counsel for Claims Against Lasergate Systems, Inc. & ML Direct, Inc.
830 Third Avenue
New York, N.Y. 10022
    By:    Peter S. Linden, Esq.
            Lewis S. Sandler, Esq., Of Counsel

**MORLEY AND TRAGER**
Attorneys for the Levitt Plaintiffs
230 Park Avenue
New York, NY 10169
    By:    Leslie Trager, Esq., Of Counsel

**LAW OFFICES OF JOSEPH D'ELIA**
Counsel for the Defendant Sterling Foster & Company, Inc.
464 New York Avenue, Suite 200
Huntington, N.Y. 11743
    By:    Joseph D'Elia, Esq., Of Counsel


**UNGARETTI & HARRIS**
Counsel for the Defendant Sterling Foster & Company, Inc.
3500 Three First National Plaza
Chicago, ILL 60602
    By:    Miriam G. Bahcall, Esq.
             Rawn Howard Reinhard, Esq., Of Counsel

**MORVILLO, ABRAMOWITZ, GRAND, IASON & SILBERBERG, P.C.**
Counsel for the Defendant Randolph Pace
565 Fifth Avenue
New York, N.Y. 10017
    By:    Edward M. Spiro, Esq., Of Counsel

**ALAN M. NOVICH**
Defendant Pro Se
Inmate Reg. No. 45537-054
Allenwood FPC
P.O. Box 1000
Montgomery, PA 17752

**CHOATE, HALL & STEWART**
Counsel for the Defendants Com/Tech Communication Technologies, Inc.,
ML Direct, Inc., and Nancy G. Shalek
Exchange Place, 53 State Street
Boston, MA 02109
    By:    Jeremiah T. O'Sullivan, Esq.
             John R. Baraniak, Jr., Esq., Of Counsel

**ZUCKERMAN, SPAEDER, GOLDSTEIN, TAYLOR & KOLKER, LLP**
Counsel for the Defendants Com/Tech Communication Technologies, Inc.,
ML Direct, Inc., and Nancy G. Shalek
1114 Avenue of the Americas
New York, N.Y. 10036
  By: Lisa A. Cahill, Esq., Of Counsel

**BONDY & SCHLOSS, LLP**
Counsel for the Defendant Lasergate Systems, Inc.
60 East 42nd Street, 37th Floor 10165-0150
New York, N.Y. 10165-0150
  By: Joel M. Wolosky, Esq., Of Counsel

**ARNOLD & PORTER**
Counsel for the Defendants Bear, Stearns & Co., Inc., and Bear, Stearns Securities
Corp.
399 Park Avenue
New York, N.Y. 10022
  By: Peter L. Zimroth, Esq.
    Michael Schissel, Esq.
    Kerry Dziubek, Esq.
    David A. Weintraub, Esq., Of Counsel

555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
  By: Stephen M. Sacks, Esq.
    Scott B. Schreiber, Esq.
    James L. Cooper, Esq., Of Counsel

**KATTEN MUCHIN ZAVIS ROSENMAN**
Counsel for the Defendant Richard Harriton
575 Madison Avenue
New York, N.Y. 10022
  By: Howard Wilson, Esq.
    Joseph Zuckerman, Esq., Of Counsel

**CAREY & ASSOCIATES**
Counsel for the Defendants Roger Buoy, Tony Swash, Terence McAuley, and
Armando Araujo
230 Park Avenue, Suite 2240

New York, N.Y. 10169-2240
  By: Michael Q. Carey, Esq.
    Miriam A. Widmann, Esq., Of Counsel

**COVINGTON & BURLING**
Counsel for the Defendant Bear, Stearns Securities Corp.
1330 Avenue of the Americas
New York, N.Y. 10019
  By: P. Benjamin Duke, Esq., Of Counsel

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM**
Counsel for Defendant Embryo Development
Four Times Square
New York, N.Y. 10036
  By: Samuel Kadet, Esq., Of Counsel

**WILMER, CUTLER & PICKERING**
Counsel for the Defendant Michael Krasnoff
399 Park Avenue
New York, N.Y. 10022
  By: Richard Bierschbach, Esq.
    Andrew D. Kaiser, Esq., Of Counsel

**MILBANK, TWEED, HADLEY & MCCOY**
Counsel for the Defendants Bernstein & Wasserman, LLP., Hartley Bernstein & Steven Wasserman
1 Chase Manhattan Plaza
New York, N.Y. 10005
  By: Scott Edelman, Esq., Of Counsel

**ROGERS & WELLS**
Counsel for the Defendants Bernstein & Wasserman, LLP, Hartley Bernstein & Steven Wasserman
200 Park Avenue
New York, N.Y. 10166
  By: David Meister, Esq., Of Counsel

**GOLDMAN & HAFETZ**
Counsel for the Defendant Michael Lulkin
500 Fifth Avenue

New York, N.Y. 10036
    By:    Susan Necheles, Esq., Of Counsel

**JEREMY LEE SLOVIK**
Defendant <u>Pro</u> <u>Se</u>
Royal Hutton Securities Hdq.
1499 West Palmetto Park Road
Boca Raton, F.L. 33486

**ADAM LIEBERMAN**
Defendant <u>Pro</u> <u>Se</u>

**FRANK MONROIG**
Defendant <u>Pro</u> <u>Se</u>

**TIMOTHY J. MATTHEWS**
Defendant <u>Pro</u> <u>Se</u>

**MATTHEW HAWLEY**
Defendant <u>Pro</u> <u>Se</u>

**JASON MAROWSKI**
Defendant <u>Pro</u> <u>Se</u>

**ANDREW TURSI**
Defendant <u>Pro</u> <u>Se</u>

**CRAIG KELLERMAN**
Defendant <u>Pro</u> <u>Se</u>

**MICHAEL SABATO**
Defendant <u>Pro</u> <u>Se</u>

**ROBERT J. PAULSON**
Defendant <u>Pro</u> <u>Se</u>

**SPATT, District Judge.**

This class action involves allegations by the Plaintiffs that the Defendants

made misstatements and omissions and were engaged in market manipulation with respect to six public offerings.  The detailed factual background of this dispute is set forth in the Court's decisions and orders, including the following: In re Sterling Foster & Co. Sec. Litig., 222 F. Supp. 2d 216 (E.D.N.Y. 2002); Levitt v. Bear Stearns & Co. (In re Sterling Foster & Co.), 222 F. Supp. 2d 312 (E.D.N.Y. 2002); the Second Circuit's August 13, 2003 decision, Levitt v. Bear Stearns & Co., 340 F.3d 94 (2d Cir. 2003); Levitt v. Bear Stearns & Co. (In re Sterling Foster & Co. Sec. Litig.), No. 99 cv 2789, 2006 U.S. Dist. LEXIS 80861 (E.D.N.Y. Oct. 31, 2006); and Levitt v. Rogers, No. 06-5298, 2007 U.S. App. LEXIS 29362 (2d Cir. Dec. 18, 2007).  Familiarity with the previous decisions is presumed.

On May 23, 2006, the Lead Plaintiffs and Defendants Michael Krasnoff, Nancy G. Shalek, Lasergate Systems, Inc., Bear, Stearns & Co., Inc., Stearns Securities Corp. and Richard Harriton (the "Bear Stearns Defendants") (collectively, the "Settling Defendants") executed a Stipulation and Agreement of  Settlement ("Settlement Agreement").  The Settlement Agreement provided for a total cash settlement of $1,400,000 which resolved all remaining claims that were not dismissed or settled pursuant to the 2002 partial settlement agreement.  The 2002 partial settlement agreement provided for a cash settlement of $2,200,000 and Lead Counsel were awarded fees of 25% of that settlement amount.  On October 31, 2006, this Court approved the Settlement Agreement.

In its most recent December 18, 2007 Order, the Second Circuit vacated this Court's September 30, 2004 decision denying a motion by Robert Levitt, Robert Rice, Stephen G. Siben, Stephen Strobehn, Stanley Veltkamp, Philip C. Vitanza, John T. White, Guy V. Wood, Carl Zander, Jr., and Ted M. and Kathryn Jones (the "Levitt Plaintiffs") to be appointed as lead plaintiffs. The Second Circuit also vacated this Court's October 31, 2006 decision accepting the settlement and plan of allocation.

The Second Circuit found that the Levitt Plaintiffs had the largest financial interest in the outcome of the case, after all claims against Bear Stearns by Plaintiffs other than the ML Direct class and the Applewoods class were dismissed as time barred. The Second Circuit found that it would have been appropriate for this Court to appoint the Levitt Plaintiffs as lead plaintiffs at that time. The Second Circuit further determined that the settlement was not fair because there was insufficient evidence of Bear Stearns' wrongdoing. The Second Circuit also determined that further discovery is necessary "to provide the parties and the court with information sufficient to make a determination regarding whether the proposed settlement is fair and reasonable." Levitt, 2007 U.S. App. LEXIS at *6.

On December 28, 2007, the Levitt Plaintiffs moved to be appointed lead plaintiffs and moved for the appointment of their attorney, Leslie Trager, as lead counsel. The Levitt Plaintiffs note that because they are the only group to have appealed from the proposed settlement, only the ML Direct case remains pending as a

9

result of the Second Circuit's Decision. The Levitt Plaintiffs contend that because they have the largest financial interest, they should be appointed lead plaintiffs.

Although the Current Lead Plaintiffs filed a response to the Levitt Plaintiffs' motion, they note that in consideration of the Second Circuit's Decision, they do not oppose the motion, as long as certain settlements remain undisturbed. Accordingly, it is hereby

**ORDERED**, that the Levitt Plaintiffs' motion to be appointed lead plaintiffs is **GRANTED**; and it is further

**ORDERED**, that the Levitt Plaintiffs' motion for the appointment of Leslie Trager, Esq., as lead counsel is **GRANTED**; and it is further

**ORDERED,** that the parties are directed to appear in courtroom 1020 on February 19, 2008 at 10:00 am for a status conference; and it is further

**ORDERED,** that lead counsel is directed to serve a copy of this Order on all parties on or before February 14, 2008.

**SO ORDERED.**

Dated: Central Islip, New York
February 12, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Arthur D. Spatt*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ARTHUR D. SPATT
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge